DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OTTO R. WRIGHT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2183

[December 18, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2000-CF-008952-AXXX-MB.

Otto R. Wright, Lowell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and LOTT, JJ., concur.

\*         \*         \*

***Not final until disposition of timely-filed motion for rehearing.***